AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**VIRGINIA A. HUFFERD,**

       **Plaintiff,**

**v.**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

       **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  2:14-CV-498**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed February 18, 2015, JUDGMENT is hereby entered reversing the decision of the Commissioner pursuant to Sentence 4 of 42 U.S.C. §405(g) and remanding this action for further consideration of Dr. Yadav's December 2012 opinion.**

Date:  February 18, 2015                    RICHARD W. NAGEL, CLERK

                                              */S/ Andy F. Quisumbing*
                                             (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk